# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-90033
_____

Louisiana Fair Housing Action Center, Incorporated,

*Plaintiff—Respondent*,

*versus*

Azalea Garden Properties, L.L.C.,

*Defendant—Petitioner*.

_____

Motion for Leave to Appeal
from an Interlocutory Order
USDC No. 2:22-CV-74

_____

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the Petitioner's opposed motion for leave to appeal from the interlocutory order of the United States District Court of the Eastern District of Louisiana, entered on April 28, 2022, is GRANTED.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 27, 2022

TO:   All Counsel and Parties Listed Below

    Misc. No. 22-90033   LA Fair Hsing Action v. Azalea Garden
                             USDC No. 2:22-CV-74

Enclosed is a copy of the court's order granting the motion(s) for leave to appeal. The case is transferred to the court's general docket. **All future inquiries should refer to docket No. 22-30609.**

Unless the district court has granted you leave to proceed on appeal in forma pauperis, the appellant(s) should immediately pay the court of appeals' $505.00 docketing fee to the clerk of the district court, and notify this office of your payment within 14 days from the date of this letter. If you do not, we will dismiss the appeal, see **5TH CIR. R.** 42.3.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Mary C. Stewart, Deputy Clerk
                                      504-310-7694

Mr. Phillip Jay Antis Jr.
Mr. Michael Ethan Botnick
Ms. Jodi De'Shae Hill
Mr. Alex Benjamin Rothenberg

Enclosure(s)

cc:
    Ms. Carol L. Michel