# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 14, 2023
Lyle W. Cayce
Clerk

No. 22-30609

Louisiana Fair Housing Action Center, Incorporated,

*Plaintiff—Appellee*,

*versus*

Azalea Garden Properties, L.L.C.,

*Defendant—Appellant*.

───────────

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-74

───────────

Before Elrod, Ho, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

James C. Ho, *Circuit Judge*, concurring.

Jennifer Walker Elrod, *Circuit Judge*, dissenting.



Certified as a true copy and issued as the mandate on **Oct 06, 2023**

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit