UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA FAIR HOUSING ACTION CENTER | CIVIL ACTION |
| VERSUS | NO: 22-74 |
| AZALEA GARDEN PROPERTIES, LLC | SECTION: "A" (5) |

## ORDER

The Court having been advised that the mandate of the Fifth Circuit has been issued in this case, and the judgment of this Court having been vacated due to the absence of subject matter jurisdiction, and the action having been remanded with instructions to dismiss this action without prejudice,

Accordingly;

**IT IS ORDERED** that this matter is dismissed without prejudice.

October 10, 2023

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE